1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | GARTH HIRE (CABN 187330)
JAMES C. MANN (CABN 221603)

5 | Assistant United States Attorneys

6 |   1301 Clay Street, Suite 340S
  Oakland, CA 94612

7 |   Telephone: (510) 637-3680
  Fax: (510) 637-3724

8 |   E-Mail:   Garth.Hire@usdoj.gov
               James.C.Mann@usdoj.gov

9

10 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00291 SBA |
| ) | |
|     Plaintiff, ) | REQUEST TO STAY PRE-TRIAL |
| ) | RELEASE ORDERS FOR DEFENDANTS |
|     v. ) | SEAN WAYNE BECKETT AND JAMES |
| ) | CALMA ESVER AND [PROPOSED] |
| JOSEPH SOLICE ABBATE, et al., ) | ORDER |
| ) | |
|     Defendant. ) | Date: |
| ) | Time: |
| ) | Court:     Hon. Saundra Brown |
| ) |                 Armstrong |
| _____ ) | |

      The United States respectfully requests that this Court stay the Release Orders of Magistrate Judge Laurel Beeler granting pre-trial release to defendants Sean Wayne Beckett and James Calma Esver to allow this Court time to hear the United States' appeals of the same Orders. At the bond hearings in these matters, the Honorable Laurel Beeler ordered the United States to file its appeals by 5:00 p.m. on Friday, April 29, 2011 and stayed the Release Orders until the same time. The United States will file its appeals as ordered, and respectfully requests that this Court further stay the Release Orders until these matters can be heard by this Court.

REQ. TO STAY PRE-TRIAL RELEASE ORDER
No. CR-11-00291 SBA

1    Defense counsel for James Calma Esver does not agree to the stay, as he has sought defendant's release and believes Mr. Esver should be released.  That said, defense counsel for Mr. Esver agrees to a hearing on the government's appeal on May 12, 2011 at 10:00 a.m.  Defense counsel will file an opposition on May 5, 2011 and the government will file any reply on May 6, 2011.

    The government has not yet spoken to counsel for Sean Wayne Beckett.  Thus, the government requests that the Release Order be stayed and that the parties be permitted to work out a hearing date and briefing schedule acceptable to the Court.

DATED: April 29, 2011                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney


                                         _____/s/_____
                                         JAMES C. MANN
                                         Assistant United States Attorney


    Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Release Orders of Magistrate Judge Laurel Beeler granting pre-trial release to defendants Sean Wayne Beckett and James Calma Esver are hereby stayed until such time that this Court can hear the United States' appeals of the Orders.  The hearing on the government's appeals as to the Release Orders of defendants Beckett and Esver are set on May 12, 2011 at 10:00 a.m.  With respect to the May 12, 2011 hearing, the government shall submit its appeal on April 29, 2011, defense counsel for Beckett and Esver shall file their opposition on May 5, 2011, and the government shall file its reply on May 6, 2011.

DATED:4/29/11                            _____
                                         HON. SAUNDRA BROWN ARMSTRONG
                                         United States District Judge

REQ. TO STAY PRE-TRIAL RELEASE ORDER
No. CR-11-00291 SBA