MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:   Garth.Hire@usdoj.gov
               James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
|---|---|---|
|     Plaintiff, | ) | **STIPULATED REQUEST TO SET HEARING FOR UNITED STATES' APPEAL OF PRE-TRIAL RELEASE ORDER FOR DEFENDANT SEAN WAYNE BECKETT** |
| v. | ) | |
| SEAN WAYNE BECKETT, | ) | |
|     Defendant. | ) | Date: May 31, 2011<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The United States filed its Appeal Of Pre-Trial Release Order For Sean Wayne Beckett on April 29, 2011. The parties jointly request that this matter be set for a hearing on May 31, 2011 at 11:00 a.m. Defendant will submit an opposition on May 23, 2011. The United States

////

////

////

////

REQ. TO SET HEARING FOR PRE-TRIAL RELEASE ORDER
No. CR-11-00291 SBA

will submit any reply on May 24, 2011.

DATED: May 6, 2011

_____/s/_____        _____/s/_____
JAMES C. MANN                               TONY TAMBURELLO
Assistant United States Attorney            Counsel for Sean Wayne Beckett

     Pursuant to the request of the parties, IT IS HEREBY ORDERED that the hearing on the Appeal Of Pre-Trial Release Order For Sean Wayne Beckett is set on May 31, 2011 at 11:00 a.m.  It is further ORDERED that defendant will submit an opposition to the United States' appeal on May 23, 2011, and the United States will submit any reply on May 24, 2011.

DATED:\_5/10/11                               _____
                                            HON. SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

REQ. TO SET HEARING FOR PRE-TRIAL RELEASE ORDER
No. CR-11-00291 SBA